RECEIVED

UNITED STATE DISTRICT COURT
DISTRICT OF NEW JERSEY

AUG 19 2008

AT 8:30_____M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER FOR RETURN OF DEPOSIT OF BAIL |
| VS | |
| JUAN RODRIGUEZ | RECOG# NEW 0456<br>05-MG-3070-08 |

It appearing to the Court that the above-named defendant was held in bail by the United States District Court for the District of New Jersey for appearance before this Court and that the sum of, FIVE THOUSAND DOLLARS, ($5,000.00), was deposited in the registry of this Court as security for the said recognizance, and it further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record, it is on this /8th day of AUGUST, 2008.

Ordered that the sum of FIVE THOUSAND DOLLARS, ($5,000.00), be paid to JORGE RODRIGUEZ, 236 GRANGE RD., OTISVILLE, N.Y. 10963.

GARRETT E. BROWN, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT